IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 1:19-CR-70 |
| v. | § § | Crone-Hawthorn |
| KHRISTAL FORD | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY -8 2019

BY
DEPUTY_____

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One
(Violation: 18 U.S.C. §§ 242 and 2, Deprivation of Rights Under Color of Law)

**A.   AT ALL TIMES MATERIAL HEREIN:**

1. The United States Federal Correctional Complex (FCC), in Beaumont, Texas, is a federal correctional facility within the Eastern District of Texas.

2. The defendant, **Khristal Ford**, was employed by the Federal Bureau of Prisons, and served as a supervisory correctional officer at FCC Beaumont.

3. On June 8, 2017, defendant, **Khristal Ford,** was on duty as a Lieutenant at FCC Beaumont.

4. On June 8, 2017, A.A. was a federal inmate imprisoned at FCC Beaumont.

**B.   THE OFFENSE:**

5. On or about June 8, 2017, in the Eastern District of Texas, the defendant, **Khristal Ford**, while acting under color of law and while aiding and abetting correctional officer, Tavoris Bottley, willfully deprived A.A., a federal inmate, of the right, secured and

protected by the Constitution and the laws of the United States, to be free from cruel and unusual punishment by one acting under color of law, to wit: defendant, **Khristal Ford,** aided and abetted correctional officer, Tavoris Bottley, in assaulting A.A. in a medical observation cell by opening the door to A.A.'s cell, and telling correctional officer, Tavoris Bottley, to "take care of it", and then watching as correctional officer, Tavoris Bottley, entered the cell and assaulted A.A. without any lawful justification by punching A.A. in the head three times. The offense resulted in bodily injury to A.A.

All in violation of Title 18 U.S.C. §§ 242 and 2.

JOSEPH D. BROWN
UNITED STATES ATTORNEY

MICHAEL A. ANDERSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 1:19-CR-70 |
| v. | § § | |
| KHRISTAL FORD | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 242

Penalty:   Imprisonment of not more than ten (10) years, a fine not to exceed $250,000, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00