IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO. 1:19CR70 |
| | | JUDGE MARCIA CRONE |
| KHRISTAL FORD | § | |

## NOTICE OF APPEAL

INTO COURT comes the Defendant, and files this his Notice of Appeal to the Fifth Circuit Court of Appeals from the judgment and sentence in the above-styled and numbered cause as entered by the Court on the **4TH** day of **February**, **2020.**

Respectfully submitted,

/s/ John D. McElroy
JOHN D. MCELROY
Bar No. 13584075
Assistant Federal Defender
Federal Defender's Office
350 Magnolia, Suite 117
Beaumont, TX 77701
409/839-2608
409/839-2610 (FAX)

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to **Russell James**, Assistant U.S. Attorney presently assigned to this case, via electronic filing on this the 15TH day of January, 2020.

                /s/ John D. McElroy
                JOHN D. MCELROY